UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.: 17-21417-RAM
                                                    Chapter 7
SILVIO DURAN DIAZ,

    Debtor.
_____/

## NOTICE OF RULE 2004 EXAMINATION DUCES TECUM

The Trustee, **Soneet R. Kapila, Trustee in Bankruptcy for Silvio Duran Diaz,** by and through undersigned counsel, will examine **the Debtor, Silvio Duran Diaz,** under oath on **June 11, 2019 at 3:30 p.m.**, at the offices of **Greenspoon Marder, 600 Brickell Avenue, #3600, Miami, Florida 33131.** The examination may continue from day to day until completed. If the examinee receives this notice less than fourteen (14) days prior to the scheduled examination date the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to FRBP 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FRBP 2004. Pursuant to Local Rule 2004-1 no order shall be necessary. [If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.]

The examinee or your representatives, must also bring with you to the examination the documents, electronically stored information, or objects described on the attached Exhibit "A" (or if the examination is of a witness other than the debtor, on the attached subpoena), and must permit inspection, copying, testing, or sampling of the materials.

The examinee is further requested to bring to the examination all of the documents described on the attached Exhibit "A".

**IT IS THE DEPONENT'S RESPONSIBILITY TO PROVIDE AND PAY FOR A TRANSLATOR IF ONE IS NEEDED AT THIS DEPOSITION.**

The examinee is further requested to produce to undersigned counsel all of the documents described on the attached Exhibit "A" no later than **June 4, 2019 by 5:00 p.m.** Please contact the undersigned counsel's office beforehand to advise us if you are going to

40097669

hand deliver documents so that we can make arrangements to allow you to access the office with security.

<u>PRODUCTION OF ELECTRONIC DOCUMENTS</u>

PLEASE DO NOT SEND DOCUMENTS BY EMAIL. We would ask that any electronic documents be produced on a flashdrive or CD in pdf format. Alternatively, you may contact undersigned counsel at least one business day before documents are due for us to send you an invitation to upload documents on a secure network. Due to security concerns, we <u>cannot</u> accept documents through Dropbox or similar services.

All interested parties that plan on attending the examination should contact undersigned counsel's office to confirm that the examination is going forward on the scheduled date and time before attending as the date and time may change.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing has been furnished this 14th day of May 2019 to the all parties listed below.

GREENSPOON MARDER LLP

/s/ Michael R. Bakst

MICHAEL R. BAKST, ESQ.
Attorney for Trustee
Florida Bar No.: 866377
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone: (561) 838-4523
Facsimile: (561) 514-3423

cc: Ouellette & Mauldin

**Electronic Mail Notice List**

- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com

- Patrick L Cordero    ecfmail@pcorderolaw.com

40097669

- Soneet Kapila    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

Synchrony Bank
PRA Receivables Management, LLC
c/o Valerie Smith
PO Box 41021
Norfolk, VA 23541

Silvio Duran Diaz
9732 Hammocks Blvd., #104
Miami, FL  33196

40097669

## EXHIBIT "A"

1. Copies of any and all communications (whether letters, emails or texts) by and between the Debtor and any personal injury attorney handling the personal injury cause of action that is property of the estate for the period of time from the bankruptcy filing date through to the date of the Rule 2004 examination;

2. Copies of any and all papers and documents of any type, including, but not limited to, cancelled checks, evidencing the receipt of any money by the Debtor associated with any recovery from the personal injury cause of action that is property of the estate;

3. Copies of any and all settlement documents of any type, including but not limited to, closing statements and releases, received by and/or executed by the Debtor which relate to the personal injury cause of action that is property of the estate;

4. In regard to any probate proceedings in which the Debtor has been a petitioner and/or beneficiary for any time during the past two years, provide a copy of the applicable will (if any), estate inventory, operative court orders relating to distributions from any probate proceeding, and documentation evidencing the receipt of any money or property by the Debtor in regard to such probate proceeding;

5. A copy of the Debtor's 2017 and 2018 tax returns.

05142019/jdj
29684.0040

40097669